**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6284

STEPHEN D. PAYNE, a/k/a John Adams,

Plaintiff - Appellant,

versus

WARDEN SMITH; LIEUTENANT R. DOT; NURSE LEWIS,
L.P.N.; INDIAN CREEK CORRECTIONAL CENTER
SECURITY AND MEDICAL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-96-1098-2)

Submitted: May 29, 1997          Decided: June 10, 1997

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen D. Payne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to reconsider the dismissal without prejudice of his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Payne v. Smith</u>, No. CA-96-1098-2 (E.D. Va. Feb. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>